**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00170-RJC-DSC**

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES ANTONIO LANGSTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the defendant's Motion for Review of Detention Order, pursuant to 18 U.S.C. § 3145(b). (Doc. No. 11).

The defendant was arrested on June 29, 2015, for conspiracy to possess with intent to deliver at least five kilograms of cocaine, for which he may face a mandatory life sentence under 21 U.S.C. § 841(b)(1)(A). (Doc. No. 1: Complaint). The defendant was detained by a magistrate judge after a hearing on July 2, 2015. (Doc. No. 8: Order). At the hearing, the government related the details of the defendant's arrest at an attempted drug transaction involving more than a kilogram of cocaine and his subsequent Mirandized confession. Although a United States Probation officer recommended release on bond, the Pretrial Services Report details a lengthy criminal history including four prior drug trafficking felonies. (Doc. No. 6: Pretrial Services Report at 4-8). In finding that there was a serious risk that the defendant will not appear and will endanger the safety of any other person or the community, the magistrate judge noted that the defendant was on probation for a state drug conviction at the time of the alleged instant offense. (Doc. No. 8: Order).

A district court is required to make an independent, de novo determination when acting on a motion to revoke or amend a magistrate judge's pretrial detention order. United States v. Stewart, 19 F. App'x 46, 48 (4th Cir. 2001)(citing United States v. Rueben, 974 F.2d 580, 585-86 (5th Cir. 1992). However, a district court is not required to hold an additional evidentiary hearing as part of its review. United States v. King, 849 F.2d 485, 489-90 (11th Cir. 1988); United States v. Hare, 873 F.2d 796, 799 (5th Cir. 1989). After conducting its independent review, a district court may explicitly adopt the magistrate judge's order without making duplicate findings or may state additional reasons supporting pretrial detention. King, 849 F.2d at 490-91.

Here, the Court has carefully conducted a de novo review of the evidence presented before the magistrate judge and the entire record in this case.[1] The Court finds the magistrate judge's factual findings and legal conclusions were correct, and, thus, adopts the magistrate judge's Order of Detention Pending Trial, (Doc. No. 8), in its entirety.

**IT IS, THEREFORE, ORDERED** that the defendant's Notice of Appeal and Motion to Revoke Detention Order, (Doc. No. 11), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 26, 2015

Robert J. Conrad, Jr.
United States District Judge

---

[1] The hearing has not been transcribed, but the Court reviewed a recording of the proceedings.