IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00170-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JAMES ANTONIO LANGSTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 65), of the Indictment, (Doc. No. 30), as to James Antonio Langston, without prejudice, following his plea to an Information in Case No. 3:15-cr-271.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 65), is **GRANTED** and the Indictment, (Doc. No. 30), is **DISMISSED** as to James Antonio Langston, without prejudice.

Signed: November 30, 2015

Robert J. Conrad, Jr.
United States District Judge